IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NEW CENTURY TRS HOLDINGS INC., *et al.*, | ) ) |
| Positive Software Solutions Inc.<br><br>     Appellant,<br><br>v.<br><br>New Century TRS Holdings Inc., *et al.*,<br><br>     Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-559

Bankruptcy Case No. 07-10416
AP 07-87

### MEDIATOR'S FINAL REPORT

The undersigned mediator, David B. Stratton, hereby reports on the progress of the mediation as follows:

1. The parties came together on two separate days, January 7 and January 8, 2008, in a good faith attempt to resolve this matter.

2. The parties are unable to settle this matter through arbitration.

Dated: February 1, 2008

MEDIATOR

*/s/ David B. Stratton*

David B. Stratton (Del Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

#9275240 v1

-2-

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on February 1, 2008 a true and correct copy of the foregoing **Mediator's Final Report** was served via First Class Mail, postage pre-paid, upon the following parties:

Daniel K. Astin, Esq.
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 N. Market Street, P.O. Box 2323
Wilmington, DE 19899-2323

Russell C. Silberglied, Esq.
Richards Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
15th Floor
New York, NY 10022

Mark H. Ralston, Esq.
Ralston Law Firm
2603 Oak Lawn Avenue
Suite 230, LB 2
Dallas, TX 75219-9109

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801

_____
David B. Stratton

#9275240 v1