IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS,<br>INC., et al.,<br><br>　　　　Debtors. | ) Chapter 11<br>) Bk. No. 07-10416 (KJC)<br>)<br>)<br>)<br>) Jointly Administered |
| POSITIVE SOFTWARE SOLUTIONS,<br>INC.,<br><br>　　　　Appellant,<br><br>　　v.<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., et al,<br><br>　　　　Appellees | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 07-559-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 4th day of February, 2008, having received notice from the mediator that mediation was not successful in this case (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **March 4, 2008.**

2. Appellees' brief in opposition to the appeal is due on or before **April 4, 2008.**

3. Appellant's reply brief is due on or before **April, 18 2008.**

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　United States District Judge