IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS,<br>INC., et al.,<br><br>  Debtors. | ) Chapter 11<br>) Bk. No. 07-10416 (KJC)<br>)<br>)<br>) Jointly Administered |
| POSITIVE SOFTWARE SOLUTIONS,<br>INC.,<br><br>  Appellant,<br><br>  v.<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., et al,<br><br>  Appellees | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 07-559-SLR<br>)<br>)<br>)<br>)<br>) |

ORDER

At Wilmington this 16th day of July, 2008, there having been no activity in the above-captioned case since March 3, 2008;

IT IS ORDERED that, on or before **August 18, 2008**, appellant shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge