**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | § § § § | Chapter 11<br>Bk. No. 07-10416v (KJC)<br><br>Jointly Administered |
| Debtors. | § § | |
| POSITIVE SOFTWARE SOLUTIONS, INC., | § § § | |
| Appellant, | § § | |
| v. | § § | Civ. No. 07-559-SLR |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | § § § | |
| Appellees | § | |

## MOTION TO DISMISS

To the Hon. Sue L. Robinson, United States District Court Judge:

Appellant Positive Software Solutions, Inc. ("PSSI"), moves to dismiss the captioned appeal (the "Appeal") and in support of this motion would show as follows:

1. PSSI initiated the Appeal, seeking the reversal of an order issued by the Bankruptcy Court below finding that PSSI had violated the automatic stay (the "Stay Ruling").

2. Appellee Debtors in the captioned jointly administered bankruptcy case (the "Debtors") opposed PSSI's appeal of the Stay Ruling, but did not assert any cross-appeal to the Stay Ruling.

3. In connection with an omnibus settlement agreement entered into between the Debtors and PSSI (the "Agreement"), PSSI and the Debtors resolved the portion of the Stay Ruling from which PSSI appealed. In particular, the Agreement provides that the parties will request that the Bankruptcy Court withdraw its holding finding that PSSI had violated the automatic stay.

4. In accordance with the Agreement, the Bankruptcy Court has withdrawn the portion of the Stay Order currently that is the subject of this appeal. Accordingly, this appeal has become moot.

5. In accordance with a confirmed bankruptcy plan, the Debtors have been succeeded in this matter by the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation (collectively, the "Trust"). Accordingly, service of this motion is being made upon counsel of record for the "Trust".

For the foregoing reasons, PSSI requests that this appeal be dismissed.

Dated: Wilmington, Delaware  
August 19, 2008

CIARDI CIARDI & ASTIN, P.C.

By: /s/ Daniel K. Astin  
Daniel K. Astin (Del. No. 4068)  
Anthony M. Saccullo (Del. No. 4141)  
Citizens Bank Center, Suite 725  
919 N. Market Street  
Wilmington, Delaware 19801  
Tel (302) 658-1100/Fax (302) 658-1300  
dastin@ciardilaw.com  
asaccullo@ciardilaw.com

-and-

THE RALSTON LAW FIRM

Mark H. Ralston  
2603 Oak Lawn Avenue  
Suite 230, LB 2  
Dallas, Texas 75219-9109  
Telephone: (214) 295-6416  
ralstonlaw@gmail.com

Co-counsel to Positive Software Solutions, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 19, 2008, he caused to be served a true and correct copy of the foregoing motion by First Class U.S. Mail on the following counsel of record for the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation.

                                                By:   /s/ Daniel K. Astin
                                                         Daniel K. Astin (Del. No. 4068)

Bonnie Glantz Fatell
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware  19801

Mark S. Indelicato
HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § § § § § § § § § § § § § § § § | Chapter 11<br><br>Bk. No. 07-10416v (KJC)<br><br>Jointly Administered |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | | |
| Debtors. | | |
| POSITIVE SOFTWARE SOLUTIONS, INC., | | |
| Appellant, | | |
| v. | | Civ. No. 07-559-SLR |
| NEW CENTURY TRS HOLDINGS, INC., *et al.,* | | |
| Appellees | | |

## **ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the Motion to Dismiss filed by Appellant Positive Software Solutions, Inc. ("PSSI"), this Court finds that the motion is meritorious and should be granted. Accordingly,

IT IS ORDERED that the captioned appeal is hereby dismissed.


Dated:                                                              _____
                                                                            The Honorable Sue L. Robinson
\                                                                           United States District Court Judge