UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*,<br><br>    Debtors.<br><br>POSITIVE SOFTWARE SOLUTIONS, INC.,<br><br>    Appellant,<br><br>v.<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*,<br><br>    Appellees | § § § § § § § § § § § § § § § § § § § § § § | Chapter 11<br>Bk. No. 07-10416v (KJC)<br><br>Jointly Administered<br><br><br><br><br><br>Civ. No. 07-559-SLR |

### ORDER GRANTING MOTION TO DISMISS

Upon consideration of the Motion to Dismiss filed by Appellant Positive Software Solutions, Inc. ("PSSI"), this Court finds that the motion is meritorious and should be granted. Accordingly,

IT IS ORDERED that the captioned appeal is hereby dismissed.

Dated: 8/26/08

_____
The Honorable Sue L. Robinson
United States District Court Judge

\